UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT L GOSSETT,

        Petitioner,

v.                                  Case No:   6:25-cv-1805-CEM-LHP

WMBT FOUNDATION,

        Defendant

## ORDER

Before the Court is Plaintiff's Unopposed Motion to (1) Determine that WMBT Foundation Has Been Served with Process; Alternatively (2) Permit Limited, Expedited Discovery Prior to Rule 26(f) Conference, and (3) Extend the Time for Service of Process and Embedded Memorandum of Law.  Doc. No. 14.  On review, the motion (Doc. No. 14) will be **GRANTED in part and DENIED in part**.

As to Plaintiff's request for the Court to "determine that Defendant, WMBT Foundation, has been served with process such that this Court has personal jurisdiction over Defendant," the motion (Doc. No. 14) will be **DENIED without prejudice**.  Plaintiff cites no legal authority establishing that it would be proper for the Court to issue such a ruling at this time.  The Court notes that it would

ordinarily be Defendant's burden to challenge service and/or personal jurisdiction, and Plaintiff fails to explain why it essentially seeks an advisory opinion from the Court in this regard, or why this issue is not before the Court on a motion for Clerk's default. *See* Doc. No. 14; *see also* Local Rule 1.10. The request for expedited discovery is likewise **DENIED without prejudice**, as although Plaintiff cites general legal principles on early discovery, Plaintiff provides no legal authority demonstrating it would be proper under the circumstances here. *See* Doc. No. 14.

That said, to the extent that Plaintiff believes it has not properly served Defendant, the Court will provide Plaintiff a forty-five-day extension of time to effect service. Fed. R. Civ. P. 4(m). Accordingly, the motion (Doc. No. 14) is **GRANTED in limited part**, to the extent that, on or before **January 30, 2026**, Plaintiff shall either file an amended return of service reflecting service of process on Defendant, or alternatively, file a motion for Clerk's default establishing proper service.

**DONE** and **ORDERED** in Orlando, Florida on November 5, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties